# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CATHERINE A. THEWS,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 3:22-cv-00078-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 20 |

Before the court is the Stipulation for the Award and Payment of Attorney's Fees and Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (ECF No. 20).  The Stipulation does not contain a signature block for defense counsel.

The parties shall file an amended Stipulation for the Award and Payment of Attorney's Fees and Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) that contains signature blocks for all counsel.

**IT IS SO ORDERED**.

DATED: May 1, 2023.

_____
Craig S. Denney
United States Magistrate Judge